# LAW OFFICE OF BRIAN L. GREBEN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2024

316 Great Neck Road  
Great Neck, NY 11021

Office:  (516) 304-5357  
Fax:    (516) 726-8425

www.grebenlegal.com

brian@grebenlegal.com

February 16, 2024

**VIA ECF**

Hon. Stewart D. Aaron  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Courtroom 11C  
New York, NY 10007

> Re: *Juan Puig v. The City of New York, NYC Dept. of Ed., and NYC School Support Services*  
> 23 Civ. 08674 (GHW)(SDA)

Dear Judge Aaron:

    I represent plaintiff Juan Puig in the above matter and am sending this letter to request a brief adjournment of the confernce concerning defendants' request to move to compel arbitration or dismiss. *See* ECF Doc. No. 21. I require this extension because I will be conducting a deposition in an unrelated case on the conference's currently scheduled date, February 22, 2024.

    Defendants' counsel has consented to the relief sought herein, which has not been previously requested. The parties propose the following dates as alternatives for the conference: February 29, 2024, or March 1, 2024.

    Thank you for your time and consideration.

Very truly yours,

/s/ Brian L. Greben

Brian L. Greben

Plaintiff's request, with Defendants' consent, to adjourn the conference scheduled to discuss Defendants' contemplated motion to compel arbitration or dismiss the Complaint at ECF No. 22 is GRANTED. The conference scheduled for February 22, 2024, is adjourned and rescheduled to take place on Friday, March 1, 2024, at 11:00 a.m. EST. The conference shall be conducted remotely via Microsoft Teams (audio-only). At the scheduled time, the parties shall each call 646-453-4442 and enter the Phone Conference ID 95465136. The parties shall remain prepared to discuss the parties' filings at ECF Nos. 15, 19, and 20 regarding Defendants' contemplated motion, as well as Plaintiff's deficiently filed Amended Complaint at ECF No. 18.

SO ORDERED.  
Dated: February 16, 2024

*/s/ Stewart D. Aaron*