# LAW OFFICE OF BRIAN L. GREBEN

316 Great Neck Road
Great Neck, NY 11021

www.grebenlegal.com

April 2, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2024

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

Re: *Juan Puig v. The City of New York, NYC Dept. of Ed., and NYC School Support Services*
23 Civ. 08674 (GHW)(SDA)

Dear Judge Aaron:

I represent plaintiff Juan Puig in the above matter and am sending this letter to request a two (2) week extension of a) plaintiff's deadline for filing opposition to defendants' pending motion to compel arbitration or dismiss (ECF Doc. Nos. 26-28), and b) defendants' deadline to file reply papers in further support of their motion. Plaintiff's opposition deadline is currently April 8 and defendants' reply deadline is currently April 19, 2024 (*see* ECF Doc. No. 24, ¶4); if the instant request is granted, the deadlines will be extended to April 22 and May 3, 2024, respectively.

The undersigned requires the instant relief because I have been extraordinarily busy over the last few weeks with, *inter alia*, multiple depositions, opposition to a federal motion to dismiss, and an appeal to the Court of Appeals for the Second Circuit. Moreover, I will have to leave work relatively early over the next couple of weeks due to family obligations.

Defendants' counsel has consented to the relief sought herein, which has not been previously requested.

Thank you for your time and consideration.

Very truly yours,

/s/ Brian L. Greben

Brian L. Greben

---

Plaintiff's letter motion (ECF No. 29), with Defendants' consent, is GRANTED. Plaintiff shall file his opposition papers by April 22, 2024, and Defendants' reply, if any, shall be filed by May 3, 2024.

SO ORDERED.
Dated: April 2, 2024

*/s/ Stewart D. Aaron*