USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PUIG,

Plaintiff,

-v -

THE CITY OF NEW YORK, *et al.*,

Defendants.

1:23-cv-8674-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On March 18, 2024, Defendants filed a motion to compel arbitration of Plaintiff's claims. Dkt. No. 26. On May 7, 2024, the Court granted Defendants' motion to compel arbitration and stayed the case. Dkt. No. 34. The Court ordered that "[s]ixty days after the date of this Opinion and Order, and every sixty days thereafter, the parties shall file a joint letter apprising the Court of the status of any arbitration." *Id.* On July 8, 2024, the parties filed a joint status letter stating that they are "currently waiting for Local 94 to schedule the 'Step 1' grievance meeting with the parties and their counsel." Dkt. No. 35. On July 9, 2024, the Court ordered the parties to "file another joint status letter no later than seven days following the resolution of the grievance/arbitration procedure or any other event that could affect the stay of this matter." Dkt. No. 36.

From July 9, 2024 to date, the Court has not received a joint status letter from the parties, and it is unclear the extent to which the case is progressing. The parties are accordingly ORDERED to provide an update on the status of this case, by letter filed on ECF, no later than August 20, 2026.

SO ORDERED.

Dated: August 13, 2026

GREGORY H. WOODS
United States District Judge