USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

JUAN PUIG, *on behalf of himself and others similarly situated*,

Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

--------------------------------------------------------------X

1:23-cv-8674-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On March 6, 2026, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than March 20, 2026. Dkt. No. 37. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's March 6, 2026 order forthwith, and in no event later than August 17, 2026.

SO ORDERED.

Dated: August 13, 2026

GREGORY H. WOODS
United States District Judge